IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERNEST RAY ARNOLD, | § | |
| Plaintiff, | § | |
| v. | § | 1:17-CV-225-RP |
| REMINGTON ARMS COMPANY, LLC, | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 73). The parties have agreed to dismiss all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by stipulation signed by all parties who have appeared).

Accordingly, **IT IS ORDERED** that all claims asserted in this action are **DISMISSED WITH PREJUDICE.** All parties are to bear their own costs and fees. The Clerk's Office is directed to **CLOSE** the case.

**SIGNED** on August 16, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE